11

David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Talvinder Bambhra, #230907, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858
(916) 856-8000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

Re: KWANYEUN WILLIS,  ) CASE NO. 19-24163 B13
) 
) 
)  **NOTICE OF FILED CLAIMS**
) 
Debtor(s) )

In accordance with Local Bankruptcy Rule 3007-1(d)(2), effective April 9, 2018, David P. Cusick, Chapter 13 Trustee has compiled a list of filed claims in the above referenced case. The following information regarding claim objections and plan modifications is from the Local Rules.

(a) Prior to the expiration of the deadline to object to proofs of claims (see subparagraph (c) below), the Trustee shall pay claims as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to a claim which is set for hearing within 60 calendar days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the objectionable claim. If the objection is overruled, at the request of the claimant or the Trustee, the court may make provision for payment of any dividends not paid while the objection was pending.

(b) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 calendar days after the order for relief or 180 calendar days after plan confirmation.

(c) Objections to claims shall be filed and served no later than 60 calendar days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to Local Bankruptcy Rule 3007-1(b)(1) or (b)(2) on the earliest available court date.

(d) Nothing herein shall prevent the debtor, the Trustee, or any other party in interest from objecting to a proof of claim after the expiration of the deadline for objections specified in subparagraph (c) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(e) If a creditor fails to file a proof of claim within the time required by FRBP 3002(c) or section 502, the debtor or the Trustee may file a proof of claim on behalf of the creditor pursuant to FRBP 3004. The time for the filing of such a claim is extended to 60 calendar days after service on the debtor or his counsel of the Notice of Filed Claims.

(f) If the Notice of Filed Claims includes allowed claims which are not provided for in the chapter 13 plan, or which will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and section 522(f) motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than 90 calendar days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available court date.

(g) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(h) If the court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the court. It is unnecessary for the

Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(i) If the court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim which identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

Claim information provided is based on the last day to file claims pursuant to Bankruptcy Rule 3002 and the deadline for government units having passed.

| | |
|---|---|
| Petition filing date or conversion date | 06/29/2019 |
| Initial 341 date | 08/01/2019 |
| Confirmation date | 08/14/2019 |
| Claims bar date | 09/09/2019 |
| Government claims bar date | 12/26/2019 |
| Deadline to object to or file claims for | 03/02/2020 |
| Deadline to modify plan per filed claims | 04/01/2020 |

The dates above are provided for the convenience of the parties. The Trustee's office shall not be liable for any mistakes or omissions with respect to said dates. Debtor(s) or Debtor's attorney should review the court file and calculate the relevant dates for purposes of determining timely filed claims, objections to claims or motions to modify as required by the Rules of Bankruptcy Procedure and/or Local Rules governing Chapter 13 matters.

19-24163 B13

The following report contains information regarding filed claims and their treatment through the Chapter 13 Plan. Information is characterized as follows:

| | |
|---|---|
| Scheduled | Amount of the debt scheduled in the petition |
| Filed | Amount of the debt according to the filed claim |
| Provided for | Amount of the claim provided in the plan |
| Not Provided for | Amount of the filed claim not treated in the plan |
| % to Pay | Amount based on Plan estimates and may vary |

Any amounts appearing in "Not Provided for" will not be paid by the Trustee's office unless the plan is modified. A "Not Provided for" amount may not be subject to discharge.
All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

All scheduled debts are included in the following report. If a scheduled creditor has not filed a claim, it is indicated by the phrase "NO CLAIM FILED ON BEHALF OF THIS CREDITOR". If the plan provides for a debt to be paid directly by Debtor(s), it is indicated by the phrase "PLAN PROVIDES FOR PAYMENT OF THIS CLAIM OUTSIDE THE PLAN". If the plan provides for the surrender of collateral to a creditor, it is indicated by the phrase "PLAN PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR".

Dated: 1/2/2020

/s/ Kristen A. Koo
Attorney for Trustee

| | | | |
|---|---|---|---|
| **Claim No: 4** | AIS PORTFOLIO SERVICES<br>P O BOX 4360<br>CAPITAL ONE AUTO FINANCE<br>HOUSTON, TX 77210 | | Class: SECURED - AUTO |

| | | | |
|---|---|---|---|
| Scheduled: | $ 6,043.16 | Date Filed: | 07/16/2019 |
| Filed: | $ 6,036.07 | Mo. Payment: | $ 118.25 |
| Provided for: | $ 6,036.07 | % to Pay: | 100.00 |
| Not Provided for: | $ 0.00 | Interest Rate: | 6.50 |
| | | Note: | A/P 12 NISSAN ALTIMA |

| | | | |
|---|---|---|---|
| **Claim No: 25** | AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE<br>CAPITAL ONE AUTO FINANCE<br>DEPT APS<br>OKLAHOMA CITY, OK 73118 | | Class: SPECIAL NOTICE |
| | | Note: | |

| | | | |
|---|---|---|---|
| **Claim No: 1** | AIS PORTFOLIO SERVICES, LP<br>ATTN: CAPITAL ONE AUTO FINANCE<br>4515 N SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118 | | Class: 341 NOTICE ONLY |

| | |
|---|---|
| Scheduled: | $ 0.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

| | | | |
|---|---|---|---|
| **Claim No: 19** | AXCESS FINANCIAL SERVICES<br>100 COMMERCIAL DRIVE<br>FAIRFIELD, OH 45014 | | Class: UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $ 300.00 | Date Filed: | 08/30/2019 |
| Filed: | $ 315.00 | Mo. Payment: | |
| Provided for: | $ 315.00 | % to Pay: | 0.00 |
| Not Provided for: | $ 0.00 | Interest Rate: | 0.00 |
| | | Note: | SOUTHWESTERN PACIFIC |

| | | | |
|---|---|---|---|
| **Claim No: 5** | CAPITAL ONE BANK (USA), N.A.<br>P O BOX 71083<br>CHARLOTTE, NC 28272-1083 | | Class: UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $ 1,139.00 | Date Filed: | 07/15/2019 |
| Filed: | $ 1,139.81 | Mo. Payment: | |
| Provided for: | $ 1,139.81 | % to Pay: | 0.00 |
| Not Provided for: | $ 0.00 | Interest Rate: | 0.00 |
| | | Note: | |

19-24163 B13

| | | | |
|---|---|---|---|
| **Claim No: 27** | CAPITAL ONE BANK (USA), N.A.<br>P O BOX 71083<br>CHARLOTTE, NC 28272-1083 | | Class:  UNSECURED - (L) |
| Scheduled:<br>Filed:<br>Provided for:<br>Not Provided for: | $ 1,262.00<br>$ 1,292.38<br>$ 1,292.38<br>$ 0.00 | Date Filed:<br>Mo. Payment:<br>% to Pay:<br>Interest Rate:<br>Note: | 07/10/2019<br><br>0.00<br>0.00 |

| | | | |
|---|---|---|---|
| **Claim No: 6** | CASH CENTRAL<br>COMMUNITY CHOICE FINANCIAL<br>6785 BOBCAT WAY SUITE 200<br>DUBLIN, OH 43016 | | Class:  UNSECURED - (L) |
| Scheduled:<br>Filed:<br>Provided for:<br>Not Provided for: | $ 299.98<br>NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | Note: | |

| | | | |
|---|---|---|---|
| **Claim No: 3** | CNU OF CALIFORNIA LLC<br>DBA CASHNETUSA<br>175 WEST JACKSON BLVD SUITE 1000<br>CHICAGO, IL 60604 | | Class:  UNSECURED - (L) |
| Scheduled:<br>Filed:<br>Provided for:<br>Not Provided for: | $ 300.00<br>NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | Note: | PERSONAL LOAN |

| | | | |
|---|---|---|---|
| **Claim No: 8** | CREDIT ONE BANK<br>P O BOX 98872<br>LAS VEGAS, NV 89193-8872 | | Class:  UNSECURED - (L) |
| Scheduled:<br>Filed:<br>Provided for:<br>Not Provided for: | $ 885.00<br>NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | Note: | |

**Claim No: 28**  CREDIT ONE BANK
P O BOX 98872
LAS VEGAS, NV 89193-8872

Class:  UNSECURED - (L)

Scheduled:  $ 1,963.00
Filed:  NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:  Note:

**Claim No: 9**  DASH OF CASH
P O BOX 1329
KAHNAWAKE QUEBEC J0L 1B0, 00000

Class:  UNSECURED - (L)

Scheduled:  $ 600.00  Date Filed:  07/18/2019
Filed:  $ 960.00  Mo. Payment:
Provided for:  $ 960.00  % to Pay:  0.00
Not Provided for:  $ 0.00  Interest Rate:  0.00
Note:

**Claim No: 10**  FINANCIAL EXCHANGE COMPANY OF
VIRGINIA
DBA MONEY MART
2030 BATTLEFIELD BLVD
CHESAPEAKE, VA 23324

Class:  UNSECURED - (L)

Scheduled:  $ 300.00
Filed:  NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:  Note:  PERSONAL LOAN

**Claim No: 11**  FIRST PREMIER BANK
3820 NORTH LOUISE AVE
SIOUX FALLS, SD 57107

Class:  UNSECURED - (L)

Scheduled:  $ 584.00
Filed:  NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:  Note:

19-24163 B13

| Line | | |
|---|---|---|
| 1 | **Claim No: 12** | FRANCHISE TAX BOARD |
| 2 | | BANKRUPTCY SECTION MS A-340 |
| | | P O BOX 2952 |
| 3 | | SACRAMENTO, CA 95812-2952    Class: PRIORITY - (J) |

Scheduled:    $ 0.00
Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:    Note:    12

**Claim No: 13**    GREEN ARROW SOLUTIONS
P O BOX 170
FINLEY, CA 95435
    Class: UNSECURED - (L)

Scheduled:    $ 700.00
Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:    Note:    PERSONAL LOAN

**Claim No: 14**    INTERNAL REVENUE SERVICE
P O BOX 7317
PHILADELPHIA, PA 19101-7317
    Class: PRIORITY - (J)

Scheduled:    $ 3,415.36    Date Filed:    08/13/2019
Filed:    $ 3,283.45    Mo. Payment:
Provided for:    $ 3,283.45    % to Pay:    100.00
Not Provided for:    $ 0.00    Interest Rate:    0.00
    Note:    11-18

**Claim No: 11014**    INTERNAL REVENUE SERVICE
P O BOX 7317
PHILADELPHIA, PA 19101-7317
    Class: UNSECURED - (L)

Scheduled:    $ 9,040.94    Date Filed:    08/13/2019
Filed:    $ 8,609.95    Mo. Payment:
Provided for:    $ 8,609.95    % to Pay:    0.00
Not Provided for:    $ 0.00    Interest Rate:    0.00
    Note:    SPLIT CLM

19-24163 B13

| | | |
|---|---|---|
| **Claim No: 15** | MONEY MART EXPRESS INC<br>251 EAST IMPERIAL HIGHWAY SUITE 470<br>FULLERTON, CA 92835 | Class: UNSECURED - (L) |

Scheduled: $ 300.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:　　　　　　　　　　　　　　　Note:　　PERSONAL LOAN

| | | |
|---|---|---|
| **Claim No: 16** | MONEY MART EXPRESS INC<br>ATTENTION GENERAL COUNSEL<br>74 EAST SWEDESFORD ROAD SUITE 150<br>MALVERN, PA 19355 | Class: 341 NOTICE ONLY |

Scheduled: $ 0.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:　　　　　　　　　　　　　　　Note:

| | | |
|---|---|---|
| **Claim No: 17** | NETCREDIT<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO, IL 60604 | Class: UNSECURED - (L) |

Scheduled:　　$ 2,231.00　　　　Date Filed:　　07/16/2019
Filed:　　　　$ 2,255.37　　　　Mo. Payment:
Provided for:　$ 2,255.37　　　　% to Pay:　　0.00
Not Provided for: $ 0.00　　　　Interest Rate:　0.00
　　　　　　　　　　　　　　　　Note:　　　　PERSONAL LOAN

| | | |
|---|---|---|
| **Claim No: 18** | NISWI LLC<br>DBA AMPLIFY FUNDING<br>P O BOX 542<br>LAC DU FLAMBEAU, WI 54538 | Class: UNSECURED - (L) |

Scheduled: $ 3,097.99
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:　　　　　　　　　　　　　　　Note:　　PERSONAL LOAN

| | | |
|---|---|---|
| **Claim No: 26** | PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>SYNCHRONY BANK<br>NORFOLK, VA 23541 | Class: SPECIAL NOTICE |

　　　　　　　　　　　　　　　　Note:　　　　AMAZON

| | | | |
|---|---|---|---|
| **Claim No: 2** | QUANTUM3 GROUP LLC<br>P O BOX 788<br>KIRKLAND, WA 98083 | | Class: UNSECURED - (L) |
| Scheduled:<br>Filed:<br>Provided for:<br>Not Provided for: | $ 297.30<br>$ 312.30<br>$ 312.30<br>$ 0.00 | Date Filed:<br>Mo. Payment:<br>% to Pay:<br>Interest Rate:<br>Note: | 08/02/2019<br><br>0.00<br>0.00 |

| | | | |
|---|---|---|---|
| **Claim No: 7** | SACRAMENTO COUNTY UTILITIES<br>9700 GOETHE RD<br>SUITE C<br>SACRAMENTO, CA 95827 | | Class: SECURED |
| Scheduled:<br>Filed:<br>Provided for:<br>Not Provided for: | $ 1,021.63<br>$ 987.73<br>$ 987.73<br>$ 0.00 | Date Filed:<br>Mo. Payment:<br>% to Pay:<br>Interest Rate:<br>Note: | 07/26/2019<br>$ 19.99<br>100.00<br>6.50<br>UTILITY BILL |

| | | | |
|---|---|---|---|
| **Claim No: 20** | SYNCHRONY BANK AMAZON<br>P O BOX 965015<br>ORLANDO, FL 32896-5015 | | Class: UNSECURED - (L) |
| Scheduled:<br>Filed:<br>Provided for:<br>Not Provided for: | $ 1,113.00<br>NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | Note: | |

| | | | |
|---|---|---|---|
| **Claim No: 21** | THE MONEY SOURCE INC<br>500 SOUTH BROAD ST<br>SUITE 100A<br>MERIDEN, CT 06450 | | Class: SECURED |
| Scheduled:<br>Filed:<br>Provided for:<br>Not Provided for: | PLAN PROVIDES FOR PAYMENT OF THIS CLAIM OUTSIDE THE PLAN.<br>$ 147,995.97<br>$ 147,995.97<br>$ 0.00 | Date Filed:<br>Mo. Payment:<br>% to Pay:<br>Interest Rate:<br>Note: | 09/05/2019<br><br>100.00<br>0.00<br>1DT/7222 WILLOWWEST CT |

19-24163 B13

| | | | |
|---|---|---|---|
| **Claim No: 29** | THE MONEY SOURCE INC<br>500 SOUTH BROAD ST<br>SUITE 100A<br>MERIDEN, CT 06450 | Class: | SECURED-PRE-PETITION<br>MTG ARRS |
| Scheduled: | $ 0.00 | Date Filed: | 09/05/2019 |
| Filed: | $ 872.25 | Mo. Payment: | |
| Provided for: | $ 0.00 | % to Pay: | 100.00 |
| Not Provided for: | **$ 872.25** | Interest Rate: | 0.00 |
| | | Note: | NPF/1DT ARRS/7222 WILLOWWEST CT |

| | | | |
|---|---|---|---|
| **Claim No: 22** | UNITED STATES ATTORNEY<br>FOR INTERNAL REVENUE SERVICE<br>501 I STREET SUITE 10-100<br>SACRAMENTO, CA 95814 | Class: | 341 NOTICE ONLY |
| Scheduled: | $ 0.00 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

| | | | |
|---|---|---|---|
| **Claim No: 23** | United States Department of Justice<br>Civil Trial Section Western Region<br>Box 683 Ben Franklin Station<br>Washington, DC 20044 | Class: | 341 NOTICE ONLY |
| Scheduled: | $ 0.00 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

<u>ATTORNEY FEES</u>

| | | |
|---|---|---|
| MARK SHMORGON ESQ<br>5015 MADISON AVE SUITE A<br>SACRAMENTO, CA 95841 | Amount to be paid through plan:<br>Amount paid through plan to date: | $ 4,000.00<br>$ 617.95 |