David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Talvinder Bambhra, #230907, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858
(916) 856-8000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

Re:　KWANYEUN WILLIS,　　　　)　　CASE NO. 19-24163 B13
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**CERTIFICATE OF SERVICE**
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Debtor(s)　　　　)

　　I hereby certify that I am employed in the County of Sacramento, am over the age of eighteen years and am not a party to the within cause of action. My business address is P.O. Box 1708, Sacramento, CA 95812.

　　On January 02, 2020 I served a copy of the NOTICE OF FILED CLAIMS on the interested parties by placing a true copy thereof in a sealed envelope with the postage theron fully prepaid with the Trusteeship's mail room personnel for mailing in the United States mail at Sacramento, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

KWANYEUN WILLIS
7222 WILLOWWEST COURT
SACRAMENTO, CA 95828


MARK SHMORGON ESQ
5015 MADISON AVE SUITE A
SACRAMENTO, CA 95841


　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 1/2/2020 at Sacramento, California.

/s/ Danielle Yates
　　　　　　　　　　　　　　　　　　　Declarant